## ABADIE v. UNITED STATES.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF CALIFORNIA.

No. 260. Submitted April 24, 1893. — Decided May 1, 1893.

On the authority of *Cameron* v. *United States*, 146 U. S. 533, this case is dismissed because it does not appear that the jurisdictional amount is involved.

THE case is stated in the opinion.

*Mr. James Herrmann* for appellant.

*Mr. Assistant Attorney General Maury* for appellees.

THE CHIEF JUSTICE: This is an appeal from a decree of the Circuit Court of the United States for the Northern District of California in a proceeding under the act of Congress of February 25, 1885, entitled "An act to prevent unlawful occupancy of the public lands," 23 Stat. 321, c. 149, whereby appellant was directed to remove a fence and enclosure from certain sections of land therein described, in default of which it was decreed that the same should be destroyed by the marshal for said district. The value of the fence was claimed to exceed $5000; but the fence was not the matter in dispute, nor was the appellant deprived thereof. For want of the jurisdictional amount, *Cameron* v. *United States*, 146 U. S. 533, the appeal must be

*Dismissed.*